UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO REGIONAL TRANSIT, et al.,<br><br>    Defendants. | No. 2:25-cv-00243-TLN-SCR<br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On January 17, 2025, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On May 16, 2025, this Court screened the complaint as required by 28 U.S.C. § 1915(e)(2) and found the complaint was deficient in that it failed to state a claim and appeared to be time-barred and barred by *Heck v. Humphrey*, 512 U.S. 477, 483–87 (1994). The Court's order provided Plaintiff 30 days to file an amended complaint that addresses the defects set forth in the screening order. ECF No. 3 at 7. The order warned that failure to comply may result in a recommendation that the action be dismissed. *Id.* More than 30 days have passed, and Plaintiff has not filed an amended complaint.

////

     Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed based on failure to state a claim. Plaintiff may respond by filing an amended complaint that complies with the Court's prior order. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed.R.Civ.P. 41(b); Local Rule 110.

SO ORDERED.

DATED: June 26, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE